MICHAEL DIGELORMO, as Administrator, etc., of GELARDO DIGELORMO, Deceased, v. BENJAMIN J. WEIL and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. ·Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT W. KAUFFMANN v. WILLIAM P. JENKS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

F. R. TRIPLER & CO., INC., v. BERNARD WEATHERILL, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley· and Townley, JJ.

MARIA GAY ZENATELLO and Another v. LILY PONS (MESRITZ), Impleaded with Another.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 221.]

SURREY INVESTORS, INC., v. BEAUX ARTS SHADE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM NORWALK and Another v. BERNARD K. MARCUS and Others, Impleaded with BANK OF UNITED STATES. — Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 211.]

MEYER TITOFSKY v. WINTHROP ASTOR CHANLER and Another, Individually and as Trustees, etc., of JOHN W. CHANLER, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE DIETZ, as Executor, etc., of LINA ANNUS, Deceased, v. BELLE LOEWI, Executrix, etc., of MAIER LOEWI, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

S. FREDERIC TAYLOR v. ANGEL INTERNATIONAL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.